IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                  Case No. 20-CR-285-JFH-19

DUSTIN ANTHONY HUGHART,

    Defendant.

## OPINION AND ORDER

Before the Court is a motion to dismiss Count Two of the indictment [Dkt. No. 5] without prejudice filed by the United States of America ("Government"). Dkt. No. 748.

Under Federal Rule of Criminal Procedure 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). Based on the facts set out in the motion, the Court concludes that dismissal of the Count Two of the indictment as against Defendant Dustin Anthony Hughart is not contrary to the public interest, nor is it for an improper purpose. Accordingly, the Government's motion to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's motion to dismiss [Dkt. No. 748] is GRANTED and Count Two the indictment [Dkt. No. 5] is dismissed without prejudice against Defendant Dustin Anthony Hughart.

Dated this 30th day of October 2023.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE